**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSSELL RANTZ | § | Case No. 14-10142 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604
   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, December 2, 2015 in Courtroom 742, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/02/2015               By: /s/ Barry A. Chatz, Trustee
                                                         Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSSELL RANTZ | § | Case No. 14-10142 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 56.54 |
| leaving a balance on hand of[1] | $ | 19,943.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | EXETER FINANCE CORP. | $ 17,247.54 | $ 17,247.54 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 19,943.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 71.39 | $ 0.00 | $ 71.39 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 3,885.50 | $ 0.00 | $ 3,885.50 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 900.00 | $ 0.00 | $ 900.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,606.89 |
| Remaining Balance | $ | 12,336.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,605.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 9,254.86 | $ 0.00 | $ 6,136.43 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 225.00 | $ 0.00 | $ 149.19 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 9,125.95 | $ 0.00 | $ 6,050.95 |
| | Total to be paid to timely general unsecured creditors | | $ | 12,336.57 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                    Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                           Case No. 14-10142-CAD
Russell Rantz                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal              Page 1 of 2              Date Rcvd: Nov 02, 2015
                              Form ID: pdf006             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2015.
db           +Russell Rantz,    1818 W. Belmont,    Chicago, IL 60657-6939
aty          +Rachel D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
21686337     +Blatt Hasenmiller,    125 S. Wacker Dr. #400,    Chicago, IL 60606-4440
22140517      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21686339     +Chase,   CARDMEMBER SERVICE,    PO BOX 15153,    Wilmington, DE 19886-5153
22121252     +Exeter Finance Corp.,    P.O. Box 201347,    Arlington, TX 76006-1347
21686343     +FREEDMAN ANSELMO LINDBERG,    1771 W DIEHL 150,    Naperville, IL 60563-4947
21686344     +ICS,   PO Box 1010,    Tinley Park, IL 60477-9110
21686345     +Libertyville Bank & Tr,    507 N Milwaukee Av,    Libertyville, IL 60048-2000
21686350     +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
               Chicago, IL 60601-6207
21686351     +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
21686353     +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
22889508      Tri-State Adjustments Freeport, Inc,    PO Box 882,    Freeport, IL 61032-0882
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21686338     +E-mail/Text: mmeyers@blittandgaines.com Nov 03 2015 03:01:00     Blitt & Gaines,
               661 Glenn Ave.,    Wheeling, IL 60090-6017
21686340     +E-mail/Text: clerical.department@yahoo.com Nov 03 2015 02:56:49     Credtrs Coll,    Po Box 63,
               Kankakee, IL 60901-0063
22047306      E-mail/PDF: mrdiscen@discover.com Nov 03 2015 04:25:12     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21686341     +E-mail/PDF: mrdiscen@discover.com Nov 03 2015 04:25:12     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
21686342     +E-mail/Text: bknotification@exeterfinance.com Nov 03 2015 03:01:01     Exeter Finance Corp,
               222 W Las Colinas Blvd,    Irving, TX 75039-5421
21686346     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 03 2015 02:58:28     Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
21686348     +E-mail/Text: mmrgbk@miramedrg.com Nov 03 2015 02:59:02     MiraMed Revenue Group,    Dept 77304,
               PO Box 77000,    Detroit, MI 48277-2000
21686349     +Fax: 773-272-0602 Nov 03 2015 05:38:02     Mrsi,    2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
21686352      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2015 03:14:36
               Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
22354220      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 03 2015 03:15:03
               Portfolio Recovery Associates, LLC,    FIA CARD SERVICES, N.A.,    (Bank of America),
               PO Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21686347*     +Midland Funding,    8875 Aero Dr,    San Diego, CA 92123-2255
21686336     ##+Baker & Miller,    29 N. Wacker Dr.,    Chicago, IL 60606-3227
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Brian P Deshur    on behalf of Debtor Russell  Rantz brian@deshurlaw.com
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Nov 02, 2015
                              Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
     steve_horvath@ilnb.uscourts.gov
    Gregory K Stern    on behalf of Debtor Russell  Rantz gstern1@flash.net,
     steve_horvath@ilnb.uscourts.gov
    Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                         TOTAL: 6