# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSSELL RANTZ | § | Case No. 14-10142 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 12,500.00                         Assets Exempt: 5,852.34
*(Without deducting any secured claims)*

Total Distributions to Claimants: 12,336.57         Claims Discharged
                                                    Without Payment: 310,328.24

Total Expenses of Administration: 7,663.43

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 17,020.00 | $ 17,247.54 | $ 17,247.54 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,663.43 | 7,663.43 | 7,663.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 287,039.00 | 18,605.81 | 18,605.81 | 12,336.57 |
| **TOTAL DISBURSEMENTS** | $ 304,059.00 | $ 43,516.78 | $ 43,516.78 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 03/20/2014 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2016                 By:/s/BARRY A. CHATZ
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Interest | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exeter Finance Corp 222 W Las Colinas Blvd Irving, TX 75039 | | 17,020.00 | NA | NA | 0.00 |
| 2 | EXETER FINANCE CORP. | 4110-000 | NA | 17,247.54 | 17,247.54 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 17,020.00** | **$ 17,247.54** | **$ 17,247.54** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| BARRY A. CHATZ | 2200-000 | NA | 71.39 | 71.39 | 71.39 |
| The Bank of New York Mellon | 2600-000 | NA | 56.54 | 56.54 | 56.54 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 3,885.50 | 3,885.50 | 3,885.50 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 900.00 | 900.00 | 900.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,663.43 | $ 7,663.43 | $ 7,663.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt & Gaines 661 Glenn Ave. Wheeling, IL 60090 | | 27,877.00 | NA | NA | 0.00 |
| | Chase CARDMEMBER SERVICE PO BOX 15153 Wilmington, DE 19886 | | 12,220.00 | NA | NA | 0.00 |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | 151.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 9,254.00 | NA | NA | 0.00 |
| | ICS PO Box 1010 Tinley Park, IL 60477 | | 134.00 | NA | NA | 0.00 |
| | Libertyville Bank & Tr 507 N Milwaukee Av Libertyville, IL 60048 | | 113,378.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr San Diego, CA 92123 | | 3,332.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr San Diego, CA 92123 | | 4,747.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MiraMed Revenue Group Dept 77304 PO Box 77000 Detroit, MI 48277 | | 1,654.00 | NA | NA | 0.00 |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 290.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 245.00 | NA | NA | 0.00 |
| | Pnc Bank, N.a. 1 Financial Pkwy Kalamazoo, MI 49009 | | 3,320.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | 10,437.00 | NA | NA | 0.00 |
| | Seterus Inc 14523 Sw Millikan Way St Beaverton, OR 97005 | | 100,000.00 | NA | NA | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 225.00 | 225.00 | 149.19 |
| 1 | DISCOVER BANK | 7100-000 | NA | 9,254.86 | 9,254.86 | 6,136.43 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 9,125.95 | 9,125.95 | 6,050.95 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 287,039.00 | $ 18,605.81 | $ 18,605.81 | $ 12,336.57 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-10142 | CAD | Judge: | Carol A. Doyle | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RUSSELL RANTZ | | | | Date Filed (f) or Converted (c): | 03/20/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/06/2014 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 09/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 1,329.46 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 622.24 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 386.18 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 993.91 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts | 87.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts | 174.00 | 0.00 | | 0.00 | FA |
| 7. Financial Accounts | 259.55 | 0.00 | | 0.00 | FA |
| 8. Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles | 12,500.00 | 0.00 | | 0.00 | FA |
| 11. Office Equipment | 1,400.00 | 0.00 | | 0.00 | FA |
| 12. Business Interest (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $18,352.34        $20,000.00        $20,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED AND FUNDS COLLECTED; TRUSTEE TO COMPLETE CLAIMS REVIEW AND PREPARE TFR DURING 3RD QUARTER OF 2015.

RE PROP #        12   --   Green Ivy Realty & Property Management, Inc.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10142 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | RUSSELL RANTZ | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0615 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1691 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9668 | Transfer of Funds | 9999-000 | $19,943.46 | | $19,943.46 |
| 12/02/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Distribution | | | $2,821.39 | $17,122.07 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($2,750.00) | 2100-000 | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($71.39) | 2200-000 | | |
| 12/02/15 | 400002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, ILLINOIS  60604 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $3,885.50 | $13,236.57 |
| 12/02/15 | 400003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-2207 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $900.00 | $12,336.57 |
| 12/02/15 | 400004 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Final distribution to claim 1 representing a payment of 66.30 % per court order. | 7100-000 | | $6,136.43 | $6,200.14 |
| 12/02/15 | 400005 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Final distribution to claim 3 representing a payment of 66.30 % per court order. | 7100-000 | | $149.19 | $6,050.95 |
| 12/02/15 | 400006 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>FIA CARD SERVICES, N.A.<br>(BANK OF AMERICA)<br>PO BOX 41067<br>NORFOLK, VA  23541 | (4-1) MODIFIED NAME (CCH) 9/8/2014 | 7100-000 | | $6,050.95 | $0.00 |

|  | COLUMN TOTALS | $19,943.46 | $19,943.46 |
| --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | $19,943.46 | $0.00 |
|  | Subtotal | $0.00 | $19,943.46 |
|  | Page Subtotals: | $19,943.46 | $19,943.46 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $19,943.46 |

| | | | |
|---|---|---:|---:|
| | Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10142 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | RUSSELL RANTZ | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9668 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1691 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | 12 | GREEN IVY REALTY & PROPERTY MANAGEMENT | LIQUIDATION OF OTHER ASSET Trustee sold his right, title and interest in Green Ivy Realty & Property Management, Inc. back to Debtor | 1129-000 | $20,000.00 | | $20,000.00 |
| 04/01/15 | | Green Ivy Realty & Property Management | LIQUIDATION OF OTHER ASSET | 1129-000 | $20,000.00 | | $40,000.00 |
| 04/06/15 | | Green Ivy Realty & Property Management | LIQUIDATION OF OTHER ASSET Reversal DUPLICATE ENTRY - DELETE SECOND ENTRY | 1129-000 | ($20,000.00) | | $20,000.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.85 | $19,973.15 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.69 | $19,943.46 |
| 08/21/15 | | Transfer to Acct # xxxxxx0615 | Transfer of Funds | 9999-000 | | $19,943.46 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $19,943.46 |
| Subtotal | $20,000.00 | $56.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $56.54 |

Page Subtotals: $20,000.00 $20,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0615 - Checking | $0.00 | $19,943.46 | $0.00 |
| XXXXXX9668 - Checking Account (Non-Interest Earn | $20,000.00 | $56.54 | $0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:  $0.00  $0.00